## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                    :
                                          :
                                          :
Kenneth W. Ravenell                       :    CASE NO. 1:22-mc-38
                                          :    (DISCIPLINARY)
                                          :
Respondent.                               :
**************************************************************

### ORDER

On December 28, 2021, Respondent was found guilty by a jury in this Court of one count of conspiracy to commit money laundering, a serious crime within the meaning of Local Rule 705.2. Pursuant to that rule, this Court suspended Respondent on February 3, 2022, and ordered him to show cause within 30 days why the imposition of disbarment or some lesser sanction by this Court would not be warranted or whether the propriety of such sanction should be deferred until any appeal of his conviction has concluded. Respondent filed a response on March 3, 2022, in which he requests a hearing pursuant to Local Rule 705.1.d to present issues of material facts to the Court and to be heard in mitigation. Accordingly, it is hereby

ORDERED by the United States District Court for the District of Maryland that, pursuant to Local Rule 705.1.d, a hearing shall be set before a three-judge panel to consist of Judge Peter J. Messitte (Chair), Judge Paul W. Grimm, and Judge Gina L. Simms. The date or dates of any such hearing shall be set in a subsequent order; and it is further

ORDERED that, pursuant to Local Rule 705.1.d, the Court has determined it necessary to appoint M. Celeste Bruce, Esquire, a member of the Bar of this Court, as Attorney-Investigator to prosecute the case against Respondent. Notice of this appointment is hereby given to Respondent, who may, within fourteen (14) days of the mailing of this notice, move to disqualify Ms. Bruce as Attorney-Investigator. In the event that a Motion to Disqualify Ms. Bruce is filed, the Court's Disciplinary and Admissions Committee shall rule promptly with respect to said motion; and it is further

ORDERED that the Clerk shall mail a copy of this Order to Respondent and to the Attorney-Investigator M. Celeste Bruce at 4800 Hampden Lane, Suite 820, Bethesda, Maryland 20814.

Date: March 23, 2022                              _____
                                                  James K. Bredar
                                                  Chief Judge