# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 1:22-mc-38 |
| KENNETH W. RAVENELL | | (DISCIPLINARY) |
| | * | |
| *Respondent.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE WITHDRAWING REQUEST FOR HEARING

Respondent, Kenneth W. Ravenell, by undersigned counsel, hereby withdraws his request for hearing (ECF 02 – Respondent Kenneth W. Ravenell's Response to Show Cause Order).

Respectfully submitted,

*/s/ Michael A. Brown*
Michael A. Brown (Fed. Bar # 07483)
Nelson, Mullins, Riley & Scarborough
100 S. Charles St., Suite 1600
Baltimore, Maryland 21201
E: Mike.brown@nelsonmullins.com
Ph.: (443) 392-9401
Fax: (443) 392-9499